IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 06-cv-01700-PSF-MJW

PIONEER NATURAL RESOURCES COMPANY,
a Delaware corporation,

      Plaintiff,

v.

DAVID I. GOURDIN, SR., an individual; and
DAVID I. GOURDIN, JR., an individual,

      Defendants.

## ORDER TO RESET SCHEDULING CONFERENCE

This matter comes before the Court on the plaintiff's Unopposed Motion to Vacate and Reschedule Scheduling Conference (Dkt. # 13). Having reviewed the motion and being fully apprised, the Court hereby GRANTS the motion and ORDERS that the scheduling conference currently set for September 26, 2006 is RESET for **Friday, October 27, 2006 at 10:30 a.m.**

      DATED: September 15, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge