IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 06-cv-01700-PSF-MJW

PIONEER NATURAL RESOURCES COMPANY,
a Delaware corporation,

    Plaintiff,

v.

DAVID I. GOURDIN, SR., an individual; and
DAVID I. GOURDIN, JR., an individual,

    Defendants.

## ORDER TO RESET SCHEDULING CONFERENCE

This matter comes before the Court on the plaintiff's Second Unopposed Motion to Vacate and Reschedule Scheduling Conference (Dkt. # 18). Having reviewed the motion and being fully apprised, the Court hereby GRANTS the motion and ORDERS that the scheduling conference currently set for October 27, 2006 is RESET for **Tuesday, November 28, 2006 at 1:00 p.m.**

    DATED: October 6, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge