IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01700-PSF-MJW

PIONEER NATURAL RESOURCES COMPANY, a Delaware corporation,

    Plaintiff,

v.

DAVID I. GOURDIN, SR., an individual; and
DAVID I. GOURDIN, JR., an individual,

    Defendants.

## ORDER VACATING SCHEDULING CONFERENCE

This matter is before the Court on plaintiff's Third Unopposed Motion to Vacate and Reschedule Scheduling Conference. Having reviewed the motion and being fully apprised, the Court GRANTS the motion in part.

IT IS HEREBY ORDERED that the scheduling conference currently set for November 28, 2006 at 1:00 p.m. is VACATED.

IT IS FURTHER ORDERED that counsel for plaintiff and the *pro se* defendants shall appear in person before the undersigned for a status and scheduling conference on **Thursday, January 4, 2006 at 1:30 p.m.**, unless the parties file a stipulation or motion for dismissal of this case by December 27, 2006.

DATED:  November 28, 2006    BY THE COURT:

    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge