IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01700-PSF-MJW

PIONEER NATURAL RESOURCES COMPANY, a Delaware corporation,

    Plaintiff,

v.

DAVID I. GOURDIN, SR., an individual; and
DAVID I. GOURDIN, JR., an individual,

    Defendants.

---

## ORDER AMENDING COURTROOM MINUTES

---

This matter is before the Court on Defendants' Unopposed Motion for Correction of Clerical Error (Dkt. # 29).  The Court, being fully advised in the premises, hereby

ORDERS that the Courtroom Minutes of the scheduling conference conducted on January 4, 2007 be AMENDED as follows:

A.    The parties shall submit a joint stipulated Proposed Scheduling Order to the Court on or before January 30, 2007.

The deadlines and schedule set forth in the Courtroom Minutes remain the same in all other respects.

DATED:  January 16, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge