IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 06-cv-01700-PSF-MJW

PIONEER NATURAL RESOURCES COMPANY,
a Delaware corporation,

    Plaintiff,

v.

DAVID I. GOURDIN, SR., an individual, and
DAVID I. GOURDIN, JR., an individual.

    Defendants.

## ORDER OF DISMISSAL

This matter having come before the Court on the parties' Stipulation of Dismissal (Dkt. # 50), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that this action and all claims asserted in this action by plaintiff against defendants and all claims asserted in this action by defendants against plaintiff are DISMISSED WITH PREJUDICE, each party to pay his or its own costs, expenses and attorneys' fees.

DATED: February 27, 2007

                                                                                    BY THE COURT:

                                                                                    *s/ Phillip S. Figa*
                                                                                     _____
                                                                                      Phillip S. Figa
                                                                                      United States District Judge